CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IRVIN FRANK KRAMER, JR.,<br><br>Plaintiff(s),<br><br>vs.<br><br>REGINALD A. WILKINSON, et al.,<br><br>Defendant(s). | JUDGE  PATRICIA A. GAUGHAN |
| | DATE: SEPTEMBER 8, 2005 |
| | CASE NUMBER:   1:05CV189 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: |

PURSUANT TO THE SIXTH CIRCUIT'S ORDER OF AUGUST 31, 2005, TO TREAT THE NOTICE OF APPEAL AS A MOTION TO REOPEN THE APPEAL PERIOD, THE MOTION IS GRANTED.  NOTICE OF APPEAL MUST BE FILED WITHIN 14 DAYS AFTER THIS ORDER.

/s/ Patricia A. Gaughan
JUDGE PATRICIA A. GAUGHAN